Nash, C. J.
 

 In the opinion of his Honor below, there is error. The indictment charges the trading to have been with the slave Jerry, for himself, for spirituous liquors— “ the said spirituous liquors, then and there,
 
 not being
 
 for the owner or employer of said slave, or by the order of the owner, or of any person having the management of the same.” Jerry had an order from Higgs, who was the overseer of Mrs. Gregory, the owner, and under whose management and control the slave was. This order directed the the defendant, to
 
 send
 
 him five quarts of whiskey by Jerry. There was no evidence to show that the order was otherwise intended than it purports on its face. It is not pretended that there was any intent to evade the law. The act under which the indictment is found had no intention to abridge the legitimate use of his slave by the owner; it is still left him; it is not denied he may use him as' his agent. The evidence does not support the charge.
 

 The judgment is reversed, and there must be a
 
 venire da ' novo.